UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

Hamm

USCA NO. _____

SDNY NO. 07cv7156

-v-

JUDGE: KMW

Cecini, et al

DATE: Oct. 22, 2007

*[Stamp: OCT 2007]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME)    THOMAS PISARCZYK
          FIRM    APPEALS SECTION
   ADDRESS    UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
                  500 PEARL STREET, NEW YORK, NEW YORK 10007
  PHONE NO.    (212) 805-0636

DISTRICT COURT DOCKET ENTRIES -------------------------------------------------------

DOCUMENTS                                                                          DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(✓) Original Record                                   (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 22nd Day of October, 2007.

United States District Court for
the Southern District of New York

Date: **Oct. 22, 2007**

U.S.C.A. # _____

*Hamm*

-v-

*Ceccini, et al*

U.S.D.C. # **07cv 7156**

D.C. JUDGE **KMW**

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**             **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **22nd** Day of **October**. In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-07156-KMW
### Internal Use Only

Hamm v. Ceccini et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/10/2007
Date Terminated: 08/10/2007
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/10/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Jeffrey Hamm.(mbe) (Entered: 08/22/2007) |
| 08/10/2007 | 2 | COMPLAINT against Ceccini, Dansiglio, Pignitaro, Raymond Kelly, N.Y.P.D.. Document filed by Jeffrey Hamm.(mbe) (Entered: 08/22/2007) |
| 08/10/2007 | | Magistrate Judge Michael H. Dolinger is so designated. (mbe) (Entered: 08/22/2007) |
| 08/10/2007 | 3 | ORDER OF DISMISSAL Plaintiff's request to proceed in forma pauperis is granted, however, for the following reasons plaintiff's complaint is dismissed. Accordingly, plaintiff's complaint is dismissed without prejudice. The court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this instant order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/10/2007) (mbe) (Entered: 08/22/2007) |
| 08/10/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/10/2007) (mbe) (Entered: 08/22/2007) |
| 09/12/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Jeffrey Hamm. (tp) (Entered: 10/22/2007) |
| 09/12/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Jeffrey Hamm. $455.00 APPEAL FEE DUE. IFP REVOKED 8/10/07. (tp) (Entered: 10/22/2007) |
| 10/22/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 10/22/2007) |
| 10/22/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 10/22/2007) |