
**MANDATE**

### UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
CLERK OF COURT

| | | |
|---|---|---|
| Date: | 4/15/08 | DC Docket Number: 07-cv-7156 |
| Docket Number: 07-4725-pr | | DC:     SDNY (NEW YORK CITY) |
| Short Title:   Hamm v. Ceccini | | DC Judge: Honorable Kimba Wood |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of January, two thousand eight.

Jeffery Hamm,

    Plaintiff-Appellant,

v.

Det. Ceccini, Det. Dansiglio, Det. Pignitaro, Raymond Kelly, N.Y.P.D.,

    Defendant-Appellee

UNITED STATES COURT OF APPEALS
FILED
JAN 23 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis,* and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 8/10/07 United States District Court for the Southern District of New York (NYC) be, and it hereby is **DISMISSED.** Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: *E. Torenzo Martin*

Eugene L. Martin, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *E. Torenzo Martin*
DEPUTY CLERK

ISSUED AS MANDATE: JAN 23 2008

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
CLERK OF COURT

Date:              4/15/08

Docket Number: 07-4725-pr

Short Title:     Hamm v. Ceccini

DC Docket Number: 07-cv-7156

DC:        SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

 

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the   23rd  day of January,  two thousand eight.

Jeffery  Hamm,

   Plaintiff-Appellant,

v.

Det. Ceccini, Det. Dansiglio, Det. Pignitaro, Raymond Kelly, N.Y.P.D.,

   Defendant-Appellee

*FILED*

*JAN 2 3 2008*

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 8/10/07 United States District Court for the Southern District of New York (NYC) be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

THE MANDATE, CONSISTING OF ITEMS BELOW, HAS BEEN RECEIVED ( ) OPINION ( ) STATEMENT OF COSTS ( ) ORDER

RECEIVED BY:_____ DATE___

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _____

Eugene L. Martin, Deputy Clerk